```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

ORDER EXPRESS, INC.,            )
                                )
            Plaintiff,           )
                                )
    v.                           )    No.  13 C 2774
                                )
JOSE M. GUZMAN, LTD.,            )
                                )
            Defendant.           )

## MEMORANDUM ORDER

Jose M. Guzman, Ltd. ("Guzman") has filed several motions in this action--one of them, asserted in the alternative, seeks the transfer of the action to the Northern District of Texas-Dallas Division under 28 U.S.C. §1404(a). Counsel for plaintiff Order Express, Inc. ("Order Express") has advised this Court, in anticipation of the previously-scheduled May 29 status hearing, that Order Express consents to that transfer, and this Court so orders. That then moots Guzman's alternative motions to dismiss for lack of personal jurisdiction or for improper venue, while the remaining aspect of Guzman's motions--by which it seeks dismissal of Order Express' Complaint for failure to state a claim--remains pending, to be addressed by the transferee court.

                            _____
                            Milton I. Shadur
                            Senior United States District Judge

Date:  May 28, 2013